```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

RICHARD DEAN MEARS,                )
                                   )
            Plaintiff,             )
                                   )
     v.                            )     1:20CV1106
                                   )
ACROW CORPORATION, HEATHER         )
DEL PLATO, MARK JOOSTEN, and       )
AMERISEARCH BACKGROUND             )
ALLIANCE,                          )
                                   )
            Defendants.            )

## ORDER

This matter is before this court for review of the Recommendation filed on January 28, 2021, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous. The Recommendation was served on the parties to this action on January 28, 2021. (Doc. 5.) Plaintiff filed objections, (Doc. 6), within the time limit prescribed by Section 636.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of March, 2021.

/s/ William L. Osteen, Jr.
United States District Judge